IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 3:20-cr-00013 |
| v. | ) |
| JOICE IARA COSTA DE SOUZA, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me on February 6, 2025, pursuant to Federal Rule of Criminal Procedure 11, LRCr 1.2. and LRCi 72.3, and has entered a plea of guilty to Count One of the Information, a violation of Title 8, United States Code, Section 1326(a).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was made knowingly and voluntarily, and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: February 6, 2025

ENTER:

G. ALAN TEAGUE
U.S. MAGISTRATE JUDGE