**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0013 |
| ) | |
| **JOICE IARA COSTA DE SOUZA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated February 6, 2025, entered February 7, 2025, ECF No. 43, recommending that the Defendant's plea of guilty to Count One of the Information, a violation of Title 8, United States Code, Section 1326(a) be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 43, is **ADOPTED;** it is further

**ORDERED** that Defendant Joice Iara Costa De Souza's plea of guilty as to Count One of the Information is **ACCEPTED**, and that Joice Iara Costa De Souza is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **March 28, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **April 18, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **May 5, 2025;** it is further

*United States v. Joice Iara Costa De Souza*
Case No. 3:20-cr-0013
Order
Page **2** of **2**

   **ORDERED** that the parties shall file their sentencing memoranda no later than **May 19, 2025;** it is further

   **ORDERED** that a sentencing hearing shall be held on **May 30, 2025, at 9:00 A.M. in STT Courtroom No. 1**; and it is further

   **ORDERED** that the jury trial in this matter previously scheduled for February 24, 2025, is hereby **CANCELED**.

**Dated:** February 21, 2025         */s/ Robert A. Molloy*
                    **ROBERT A. MOLLOY**
                    **Chief Judge**